LAW OFFICES
# JOSEPH W. BENSON, P.A.

JOSEPH W. BENSON*
ANDREW G. AHERN III
CARL W. HECKERT**

1701 N MARKET STREET
P O BOX 248
WILMINGTON, DELAWARE 19899
(302) 656-8811
FAX (302) 656-4230

*ADM DE, DC
**ADM DE & PA

March 14, 2008

Magistrate Leonard P. Stark
U.S. District Court
for the District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

Re:   USA v. Leslie Soto
      08MJ55

Dear Magistrate Stark:

Please be advised that I have taken over representation of Ms. Soto.

I understand that a Detention Hearing was held on Tuesday, March 11, 2008 and that Your Honor reserved decision whether or not Ms. Soto should be detained. A hearing is now scheduled for Tuesday, March 18, 2008 at 10:00 a.m. at which time Your Honor intends to render your decision. By this letter I am asking whether Your Honor would consider allowing more testimony, either through witnesses or documents to support our position that Ms. Soto is not a risk to the community and should be released to home confinement.

I have spoken to the Prosecutor in this matter, Shawn Weede and have advised him of my position.

Should Your Honor have any questions regarding the content of this letter, I will certainly make myself available at the Court's convenience.

Respectfully Submitted,

JOSEPH W. BENSON, P.A

Joseph W. Benson

JWB/al
c: Leslie Soto
   Shawn Weede, Esquire